FERRIS, Respondent, v. STERLING, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Joseph S. Ferris, as administrator, etc., against Sarah E. Sterling, as executrix, etc. PER CURIAM. Judgment and order affirmed, with costs. FOOTE and MERRELL, JJ., dissent, upon the ground that, assuming that defendant's tes-

tator owned the automobile and that his son, Oscar F. Sterling, was at the time of the accident in his general employ and was negligent, it does not appear that at the time of the accident the son was engaged in his employer's business, but, on the contrary, it appears that the said Oscar F. Sterling was then driving the car for his own pleasure and recreation, and his employer was not answerable for his negligence.